# United States District Court

DISTRICT OF MASSACHUSETTS

ROOFERS LOCAL NO. 33 PENSION
FUND, et al,

V.

MARSHALL ROOFING & SHEET METAL, INC.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04 10511 NG**

TO: (Name and Address of Defendant)

Marshall Roofing Co., Inc.
20 Waite Court
P.O. Box 655
Malden, MA 02148

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Aaron D. Krakow
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS

CLERK

BY DEPUTY CLERK

DATE  3-12-04



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

July 23, 2004

I hereby certify and return that on 7/12/2004 at 3:20PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to MIKE KELLEY, agent, person in charge at the time of service for MARSHALL ROOFING CO., INC., at , 20 WAITE Court, MALDEN, MA 02148. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($3.20) Total Charges $40.70

*Deputy Sheriff* Laurence McMahon