UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF ROOFERS LOCAL NO. 33 PENSION FUND, THRIFT FUND AND INSURANCE FUND<br><br>    Plaintiffs<br><br>v.<br><br>MARSHALL ROOFING & SHEET METAL, CO.<br><br>    Defendant | )<br>)<br>)<br>)<br>) C.A. NO. 04-10511-NG<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION OF DISMISSAL

The parties stipulate pursuant to Rule 41(a)(1)(ii) to the dismissal of this action, with prejudice and without costs.

Date: September 9, 2004

Respectfully submitted,

| | |
|---|---|
| Frank J. Santangelo | Aaron D. Krakow |
| 181 Kennedy Drive | BBO #544424 |
| Suite 404 | KRAKOW & SOURIS, LLC |
| Malden, MA 02148 | 225 Friend Street |
| (781) 324- 54423 | Boston, MA 02114 |
| | (617) 723-8440 |

<u>Frank J. Santangelo  /s/</u>  
Attorney for defendant  
Marshall Roofing & Sheet Metal, Inc.

<u>Aaron D. Krakow  /s/</u>  
Attorney for plaintiffs Roofers Local  
Union No. 33 Funds